IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PLS IV, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>GDC TECHNOLOGY LIMITED,<br><br>*Defendant.* | Case No. 2:24-CV-00466-JRG |

### ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL PRODUCTION FROM DEFENDANT GDC

CAME ON FOR CONSIDERATION, Plaintiff's Motion to Compel Production From Defendant GDC. Having considered the motion, it is hereby GRANTED.

GDC Technology Limited is ORDERED to provide customer-specific information responsive to PLS IV, LLC's Interrogatories Nos. 2-4 from December 2011 to June 2023 within 10 days of the date of this order.