**2:24-cv-00466-JRG**
**PLS IV LLC v GDC Technology Limited**
**September 30, 2026 at 1:00 PM**

## Trial (with Jury Selection) -- Day 1

**PLEASE PRINT CLEARLY:**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Tigran Guledjian | Plaintiff |
| Claire Henry | " " |
| Christopher Mathews | " " |
| Scott Watson | " " |
| Garrett Parish | " " |
| Andy Tindel | Defendant |
| Paul Storm | " " |
| Michael Thomas | " " |
| Rachel Gillespie | " " |
| Roland Potts | " " |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**IF YOUR CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY or RELATIONSHIP:**

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| John Salomon | PLS IV LLC |
| Dr. Man-Nang Chong | GDC Technology Limited |
| | |
| | |
| | |
| | |
| | |