**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| PLS IV, LLC, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. 2:24-CV-00466-JRG |
| GDC TECHNOLOGY LIMTED, | § | |
| *Defendant*. | § | |

**VERDICT FORM**

In answering the following questions and completing this Verdict Form, you are to follow all the instructions I have given you. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Court's Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used herein, the following terms have the following meanings:

- "**Plaintiff**" or "**PLS**" refers to Plaintiff PLS IV, LLC.
- "**Defendant**" or "**GDC**" refers to Defendant GDC Technology Limited.
- The "**'603 Patent**" refers to U.S. Patent No. 7,406,603.
- The "**'602 Patent**" refers to U.S. Patent No. 7,340,602.
- The "**Asserted Patents**" refers collectively to the '603 Patent and '602 Patent.
- The "**Asserted Claims**" refers collectively to Claims 1 and 2 of the '603 Patent; and Claims 25 and 26 of the '602 Patent.

**<u>IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM.</u>**

**<u>READ THEM CAREFULLY AND ENSURE YOUR VERDICT COMPLIES WITH THEM.</u>**

**QUESTION NO. 1:**

Did PLS prove, by a preponderance of the evidence, that GDC has **infringed** the Asserted Claims?

Answer "Yes" or "No" for each Asserted Claim listed below.

**'603 Patent**

| | | |
|---|---|---|
| Claim 1 | Yes: ✓ | No: ________ |
| Claim 2 | Yes: ✓ | No: ________ |

**'602 Patent**

| | | |
|---|---|---|
| Claim 25 | Yes: ________ | No: ✓ |
| Claim 26 | Yes: ________ | No: ✓ |

**IF YOU ANSWERED "NO" TO EACH PART OF QUESTION NO. 1 ON THE PRECEEDING PAGE, THEN DO NOT ANSWER ANY OTHER QUESTION IN THIS VERDICT FORM AND PROCEED DIRECTLY TO THE FINAL PAGE OF THE VERDICT FORM.**

**IF YOU ANSWERED "YES" TO ANY PORTION OF QUESTION NO. 1 AS TO THE '603 PATENT, THEN PROCEED TO ANSWER QUESTION NO. 2 ON THE NEXT PAGE. IN THAT CASE, ANSWER QUESTION NO. 2 ONLY AS TO THE CLAIM(S) OF THE '603 PATENT FOR WHICH YOU ANSWERED "YES" AS TO QUESTION NO. 1 ON THE PRECEEDING PAGE.**

**<u>OTHERWISE</u>, AND IF THE ABOVE DO NOT APPLY, THEN DO NOT ANSWER ANY PART OF QUESTION NO. 2, AND IN THAT CASE PROCEED DIRECTLY TO QUESTION NO. 3**

**QUESTION NO. 2:**

Did GDC prove by clear and convincing evidence that any of the following Asserted Claims are **invalid**?

Answer "Yes" or "No" for the Asserted Claim below.

**'603 Patent**

| | | |
|---|---|---|
| Claim 1 | Yes: ________ | No: ✓ |
| Claim 2 | Yes: ________ | No: ✓ |

**PROCEED TO QUESTION NO. 3.**

**QUESTION NO. 3:**

Has PLS proven, by a preponderance of the evidence, that GDC's infringement of the Asserted Claims was **willful**?

Yes: ✓ OR No: ________

**ANSWER QUESTION NO. 4 AS TO THE '603 PATENT ONLY IF YOU ANSWERED "YES" TO QUESTION NO. 1 AND "NO" TO QUESTION NO. 2 FOR THE SAME CLAIM AS TO ANY ASSERTED CLAIM OF THE '603 PATENT.**

**ANSWER QUESTION NO. 4 AS TO THE '602 PATENT ONLY IF YOU ANSWERED "YES" TO QUESTION NO. 1 AS TO ANY ASSERTED CLAIMS OF THE '602 PATENT.**

**OTHERWISE, AND IF THE ABOVE DO NOT APPLY, THEN DO NOT ANSWER ANY PART OF QUESTION NO. 4, AND IN THAT CASE PROCEED DIRECTLY TO THE FINAL PAGE OF THE VERDICT FORM.**

**QUESTION NO. 4:**

What sum of money, if paid now in cash, do you find that PLS has proven by a preponderance of the evidence that would fairly compensate PLS for GDC's infringement which you have found?

Answer in United States Dollars and Cents for each Asserted Claim, pursuant to the instructions on the preceding page.

**'603 Patent** $ 3,075,435.00

**'602 Patent** $________________________________________

**PROCEED TO THE FINAL PAGE OF THE VERDICT FORM.**

**FINAL PAGE OF VERDICT FORM**

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your **unanimous** determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this 6 day of October, 2026.

______________________________

**Jury Foreperson**